# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD E. HARRIS, II,

      :

    Petitioner,                                  Case No. 3:15-cv-179

      :            District Judge Walter Herbert Rice

  -vs-                                      Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution,

      :

    Respondent.

## ORDER

On Petitioner's Motion to Extend Time (Doc. No. 5), it is hereby ORDERED;

1. The Report and Recommendations of June 11, 2015 (Doc. No. 4) is WITHDRAWN;

2. The time within which Petitioner must comply with the Court's Order to file an actual petition under 28 U.S.C. § 2254 is EXTENDED to and including August 1, 2015. The Court notes that Petitioner had already paid the required $5.00 filing fee.

The undersigned certifies that he personally mailed a blank form for Petition for Writ of Habeas Corpus to Petitioner at his address of record on June 12, 2015, with Petitioner's copy of this Order.

                                                                        s/ *Michael R. Merz*
                                                                      United States Magistrate Judge

Case: 3:15-cv-00179-TMR-MRM Doc #: 6 Filed: 06/12/15 Page: 2 of 2  PAGEID #: 28