# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD HARRIS II,

    Petitioner,                    :         Case No. 3:15-cv-179

- vs -                                   District Judge Thomas M. Rose
                                         Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution,
                                 :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 18) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that Petitioner's "Motion to Enter 28 USCS & 2347 & 1338" (ECF No. 17) is DENIED.

March 3, 2023.

                                                            s/Thomas M. Rose
                                                             Thomas M. Rose
                                                      United States District Judge